IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION** <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES FOOD AND DRUG ADMINISTRATION** <br><br> *Defendant*. | Civil Action No. PX-25-3736 |

## INITIAL JOINT STATUS REPORT

This case relates to a Freedom of Information Act ("FOIA") request submitted by Plaintiff the American Civil Liberties Union ("ACLU") to Defendant the U.S. Food and Drug Administration ("FDA") on August 1, 2025. Plaintiff filed the Complaint on November 13, 2025 (ECF No. 1). Defendant answered the Complaint on January 20, 2026 (ECF No. 26). Plaintiff declined to proceed before a United States Magistrate Judge.

In multiple communications between counsel beginning on December 17, 2025, Plaintiff has requested that Defendant provide an estimate of the size of the potential production as a prerequisite to inform proposals on a reasonably diligent production schedule. In response, Defendant has indicated that it is in the process of analyzing Plaintiff's FOIA request and collecting records potentially responsive to the request; that, given the breadth and complexity of the request, that process is ongoing; and that Defendant is not in a position to estimate the total number of potentially responsive records or to propose a production schedule.

Defendant is, however, intending to produce records responsive to the request, subject to appropriate withholdings.

The Parties have agreed to continue to work together in good faith, to negotiate a production schedule and to address any issues that arise during the review and production of the records, ideally without the need for further litigation and further use of this Court's resources.

Accordingly, the Parties respectfully request that this Court vacate its Scheduling Order (ECF No. 31) and Discovery Order (ECF No. 32) and substitute those orders with the following schedule:

1

- **May 1, 2026**: Defendant provides Plaintiff with the estimated total number of pages of potentially responsive records to be processed and indicate Defendant's intended search cut-off date; and Defendant makes its first rolling monthly production, having processed 400 pages of potentially responsive documents, prioritizing communications between FDA and (a) state officials, and (b) congressional officials, pursuant to the email exchange between FDA and counsel for Plaintiff at Compl. Ex. C;
- **May 15, 2026**: The Parties meet and confer regarding a proposed schedule for further productions;
- **May 28, 2026**: The Parties submit a status report with this Court, regarding the status of and a proposed schedule for further productions.

Dated: March 2, 2026

Respectfully submitted,


/s/ Rachel Reeves

Rachel Reeves*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
Telephone: (212) 549-2633
Fax: (212) 549-2650
rreeves@aclu.org

Julia Kaye*
Whitney White (Fed. Bar No. 20927)
Alexa Kolbi-Molinas*
**American Civil Liberties Union Foundation**
125 Broad Street, Floor 18
New York, NY 10004
Telephone: (212) 549-2633
Fax: (212) 549-2650
jkaye@aclu.org
wwhite@aclu.org
akolbi-molinas@aclu.org

Lorie Chaiten*
**American Civil Liberties Union Foundation**
1640 North Sedgwick Street
Chicago, IL 60614
Telephone: (212) 549-2633
Fax: (212) 549-2650
lchaiten@aclu.org

Kelly O. Hayes
United States Attorney

/s/ Melissa E. Goldmeier

Melissa E. Goldmeier, Bar number: 18769
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855

*Counsel for Defendant*

Sonia Kumar (Fed. Bar No. 07196)
**American Civil Liberties Union of Maryland Foundation**
3600 Clipper Mill Road, Suite 200
Baltimore, MD 21211
Telephone: (410) 219-2602
Fax: (410) 366-7838
kumar@aclu-md.org

*Counsel for Plaintiff*

\* Admission *pro hac vice* granted