**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION<br><br>*Defendant.* | Civil Action No. PX-25-3736 |

## SECOND MODIFIED SCHEDULING ORDER

Having reviewed the Parties' Joint Status Report, it is hereby ORDERED that:

1. By no later than July 22, 2026, Defendant shall:
   - Provide Plaintiff's counsel with the estimated total number of pages potentially responsive to Plaintiff's FOIA request.
   - Make a production, having processed 500 pages of potentially responsive documents, to include communications between FDA and (a) state officials, and (b) congressional officials.
   - File a status report with the Court confirming 1) the page estimate provided to Plaintiff's counsel; and 2) that the other terms of the production have been met.
2. If Defendant fails to provide the page estimate and/or satisfy the other terms of the production, or fails to file a status report, on or before July 22, 2026, the Parties will appear for a status conference.
3. By no later than July 31, 2026, the Parties shall:
   - If the information and production set forth in #1 is produced on or before July 22, 2026, submit a status report regarding a proposed schedule for further productions.

Date: ___July 8___, 2026

/s/
_____
PAULA XINIS
United States District Judge

1