**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION**<br><br>*Defendant.* | Civil Action No. PX-25-3736 |

**STATUS REPORT**

Defendant the United States Food and Drug Administration ("FDA") respectfully submits this status report in the above-captioned case pursuant to this Court's Second Modified Scheduling Order, ECF 38.

As ordered by the Court, earlier today, FDA provided counsel for Plaintiff, the American Civil Liberties Union ("ACLU"), with the following information regarding the estimated total number of pages potentially responsive to Plaintiff's FOIA request:

- FDA estimates 116,296 remaining documents potentially responsive to ACLU's FOIA request. Because of server constraints, FDA is unable to image all of those documents at one time and so is unable to provide the precise total number of pages. Based on FDA's current active workspaces, FDA estimates those documents average approximately 13.2 pages per document, with a low-end estimate of 6 pages and a high-end estimate of 20 pages per document. Using those figures, FDA estimates that the remaining potentially responsive documents comprise between 697,776 and 2,325,920 pages.

- Also, FDA's estimate of remaining potentially responsive documents does not include certain documents that FDA is still collecting, including documents located in certain SharePoint sites and shared folders. FDA believes these additional documents will increase the overall total only incrementally. FDA will provide an updated estimate for those documents as soon as possible.

Also as ordered by the Court, FDA made a production to Plaintiff, having processed 500 pages of potentially responsive documents, including communications between FDA and (a) state officials and (b) congressional officials.

1

Given the above, as further ordered by the Court, the Parties will submit a joint status report by July 31, 2026 regarding a proposed schedule for further productions.

Dated: July 22, 2026                              Respectfully submitted,


Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier, Bar number: 18769
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
melissa.goldmeier@usdoj.gov
(410) 209-4855

*Counsel for Defendant*

*